**No. 10-5476. Ira Vincent Spearman, Petitioner v. United States.**

562 U.S. 924, 131 S. Ct. 306, 178 L. Ed. 2d 199, 2010 U.S. LEXIS 7174.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5477. Larry Williamson, Petitioner v. Illinois.**

562 U.S. 924, 131 S. Ct. 306, 178 L. Ed. 2d 199, 2010 U.S. LEXIS 7573.

October 4, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 394 Ill. App. 3d 1106, 369 Ill. Dec. 95, 985 N.E.2d 1081.

**No. 10-5478. Mauricio Rodriguez, Petitioner v. United States.**

562 U.S. 924, 131 S. Ct. 306, 178 L. Ed. 2d 199, 2010 U.S. LEXIS 7357.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 343 Fed. Appx. 223.

**No. 10-5480. Jackie S. Bartakian, Petitioner v. Clark County, Nevada, et al.**

562 U.S. 924, 131 S. Ct. 306, 178 L. Ed. 2d 199, 2010 U.S. LEXIS 7565.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 125 Nev. 1019, 281 P.3d 1153.

**No. 10-5481. Ricky Blue, Petitioner v. United States.**

562 U.S. 924, 131 S. Ct. 307, 178 L. Ed. 2d 199, 2010 U.S. LEXIS 7288.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 374 Fed. Appx. 226.

**No. 10-5483. Christopher Allen Morace, Petitioner v. United States.**

562 U.S. 924, 131 S. Ct. 307, 178 L. Ed. 2d 199, 2010 U.S. LEXIS 7183.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 594 F.3d 340.

**No. 10-5484. Michael Turner White, Petitioner v. Henry Guzman, et al.**

562 U.S. 924, 131 S. Ct. 307, 178 L. Ed. 2d 199, 2010 U.S. LEXIS 7203,

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Ohio denied.

Same case below, 125 Ohio St. 3d 1434, 927 N.E.2d 8.